UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **TIMOTHY WRIGHT, ET AL.** | **:** | **DOCKET NO. 2:23-cv-00888** |
| **VERSUS** | **:** | **JUDGE JAMES D. CAIN, JR.** |
| **NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH PA, ET AL.** | **:** | **MAGISTRATE JUDGE LEBLANC** |

**JUDGMENT**

The Report and Recommendation [doc. 14] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that plaintiffs' Motion to Remand [Doc. 9] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on the 9th day of April, 2024

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**
